IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS LEROY HENNAGAN JR.,

        Petitioner,                      No. CIV S-04-1900 JAM DAD P

    vs.

K. PROSPER, Warden,

        Respondent.                ORDER

                                       /

              This petition for a writ of habeas corpus was closed on January 8, 2009, and is currently on appeal to the United States Court of Appeals for the Ninth Circuit. On April 27, 2009, petitioner filed a request for copies of the court file in this matter. Petitioner is advised that the court does not provide copies of court records for any party. Copies may be obtained from Attorney's Diversified Services (ADS): 1424 21st Street, Sacramento, CA 95814, telephone number 916-448-8875. The court will, however, provide copies of dockets at $.50 per page. Checks in the exact amount should be made payable to "Clerk, USDC." In Forma Pauperis status does not include the cost of such copies.

              On May 11, 2009, petitioner filed a request for the appointment of counsel on appeal. Petitioner is advised that this request should be directed to the Court of Appeals and not to this court.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's January 8, 2009, request for copies of the court file at no expense is denied;

2. Petitioner's May 11, 2009 request for the appointment of counsel on appeal is denied without prejudice to its renewal in the Court of Appeals for the Ninth Circuit; and

3. Any further documents filed by petitioner in this closed case will be disregarded and no orders will issue in response to future filings.

DATED: May 14, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8
hennagan1900.o